NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000076
14-MAR-2017
08:38 AM

NO. CAAP-16-0000076

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., Plaintiff-Appellee,
v.
WADE KEONE ABIVA, Defendant-Appellant,
and
GREEN TREE SERVICING, LLC, Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-2365)

ORDER APPROVING THE FEBRUARY 23, 2017
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed February 23, 2017, by Defendant-Appellant Wade Keone Abiva, it appears that (1) the appeal was docketed on February 29, 2016; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal consistent with the terms of their settlement agreement; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal consistent with the terms of their settlement agreement referenced in the February 23, 2017 Stipulation for Dismissal of Appeal.

DATED: Honolulu, Hawaiʻi, March 14, 2017.

Presiding Judge

Associate Judge

Associate Judge